IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,           No. CR S-06-0388 LKK

    vs.

JANET ANNE MANSER-LAMONT,

    Defendant.        ORDER TO FILE UNDER SEAL

_____/

    Defendant has submitted to the court a document with a cover sheet, which the court construes as a request to file under seal. Defendant's request to seal will be granted.

    IT IS ORDERED that the document titled "Letter of Dr. Erich D. Ryll In Regard to Medical Condition of Janet Anne Manser-Lamont In Support of Waiver Of Appearance" be filed under seal.

DATED: October 12, 2006.

                                                             UNITED STATES MAGISTRATE JUDGE

1