DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JANET ANNE MANSER-LAMONT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-388 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| JANET ANNE MANSER-LAMONT, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for a Status Conference on November 7, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michelle Rodriguez. Defendant Janet Anne Manser-Lamont was not present, having filed a waiver of appearance, and was represented by counsel, Assistant Federal Defender Timothy Zindel, appearing on behalf of Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further status conference on December 5, 2006 at 9:30 a.m.

1    The parties agreed on the need for additional time to allow time
2 for defense preparation.
3    IT IS ORDERED that this matter be continued to December 5, 2006
4 at 9:30 a.m. for further Status Conference.
5    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
6 (iv), the period from November 7, 2006 to and including December 5,
7 2006 is excluded from the time computations required by the Speedy
8 Trial Act due to ongoing preparation of counsel.
9 DATED: November 9, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT