```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JANET ANNE MANSER-LAMONT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-388 LKK | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v. ) | CONTINUING STATUS CONFERENCE | |
| ) | AND EXCLUDING TIME | |
| JANET ANNE MANSER-LAMONT, ) | | |
| ) | DATE: January 9, 2007 | |
| Defendant. ) | TIME: 9:30 a.m. | |
| ) | JUDGE: Lawrence K. Karlton | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 5, 2006 be vacated, and a new Status Conference date of January 9, 2007 at 9:30 a.m. be set.

It is expected that counsel for the United States will be providing additional discovery shortly and a continuance is requested to provide defense counsel with adequate time to review the new discovery when received and discuss it with Ms. Manser-Lamont. Additionally, the parties have had preliminary discussions regarding

1 resolution of the case and discussions with counsel for the government
2 are ongoing.
3     It is further stipulated and agreed between the parties that the
4 period beginning December 5, 2006 through and including January 9, 2007
5 should be excluded in computing the time within which the trial of the
6 above criminal prosecution must commence for purposes of the Speedy
7 Trial Act for defense preparation.  All parties stipulate and agree
8 that this is an appropriate exclusion of time within the meaning of
9 Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
10 and that the ends of justice to be served by a continuance outweigh the
11 best interests of the public and the defendant in a speedy trial.
12 Dated: December 1, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JANET ANNE MANSER-LAMONT

19 Dated: December 1, 2006
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Michelle Rodriguez
                                        MICHAELLE RODRIGUEZ
                                        Assistant U.S. Attorney


**ORDER**

25     Based on the parties' stipulation and good cause appearing
26 therefrom, the Court hereby adopts the stipulation of the parties in
27 its entirety as its order.  The Court specifically finds that the ends
28 of justice served by the granting of such continuance outweigh the

1  interests of the public and the defendant in a speedy trial.
2  IT IS SO ORDERED.
3  DATED: December 1, 2006

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```