```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-388 LKK
                                )
12             Plaintiff,       )
                                )   STIPULATION AND ORDER
13      v.                      )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  JANET ANNE MANSER-LAMONT,   )
                                )   DATE: February 6, 2007
15             Defendant.       )   TIME: 9:30 a.m.
                                )   JUDGE: Lawrence K. Karlton
16  _____)
```

17

18    IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the current Status

22 Conference date of January 9, 2007 be vacated, and a new Status

23 Conference date of February 6, 2007 at 9:30 a.m. be set.

24    This continuance is requested because defense counsel is out of

25 the office on medical leave due to a recent skiing accident.

26    It is further stipulated and agreed between the parties that the

27 period beginning January 9, 2007 through and including February 6, 2007

28 should be excluded in computing the time within which the trial of the

1  above criminal prosecution must commence for purposes of the Speedy
2  Trial Act for defense preparation.  All parties stipulate and agree
3  that this is an appropriate exclusion of time within the meaning of
4  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
5  and that the ends of justice to be served by a continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.
7  Dated: January 5, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Linda Harter
                                          LINDA HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          JANET ANNE MANSER-LAMONT

14 Dated: January 5, 2007
                                          MCGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ Michelle Rodriguez
                                          MICHAELLE RODRIGUEZ
                                          Assistant U.S. Attorney


**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 5, 2007

                                          /s/ Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT