```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-388 LKK
                                )
12           Plaintiff,         )
                                )   STIPULATION AND ORDER
13      v.                      )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  JANET ANNE MANSER-LAMONT,   )
                                )   DATE: February 27, 2007
15           Defendant.         )   TIME: 9:30 a.m.
                                )   JUDGE: Lawrence K. Karlton
16  _____)
```

17

18    IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of February 6, 2007 be vacated, and a new Status

23  Conference date of February 27, 2007 at 9:30 a.m. be set.

24    This continuance is requested because defense counsel needs

25  additional time to prepare, to conduct ongoing investigation, to

26  interview any potential witnesses, and to obtain any necessary records

27  pertinent to Mrs. Manser-Lamont's defense.

28    It is further stipulated and agreed between the parties that the

1  period beginning February 6, 2007 through and including February 27,
2  2007 should be excluded in computing the time within which the trial of
3  the above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

9  Dated: February 1, 2007                Respectfully submitted,

10                                         DANIEL J. BRODERICK
                                           Federal Defender
11

12                                         /s/ Linda Harter
                                           LINDA HARTER
13                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
14                                         JANET ANNE MANSER-LAMONT

15 Dated: February 1, 2007
                                           MCGREGOR W. SCOTT
16                                         United States Attorney

17
                                           /s/ Michelle Rodriguez
18                                         MICHAELLE RODRIGUEZ
                                           Assistant U.S. Attorney
19

20                                **ORDER**

21       Based on the parties' stipulation and good cause appearing
22  therefrom, the Court hereby adopts the stipulation of the parties in
23  its entirety as its order.  The Court specifically finds that the ends
24  of justice served by the granting of such continuance outweigh the
25  interests of the public and the defendant in a speedy trial.
26  IT IS SO ORDERED.
27  DATED: February 1, 2007

28                                         _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
   Stipulation & Order                     UNITED STATES DISTRICT COURT