DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JANET ANNE MANSER-LAMONT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-388 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| JANET ANNE MANSER-LAMONT, | ) | |
| | ) | DATE: February 27, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 27, 2007 be vacated, and a new Status Conference date of April 3, 2007 at 9:30 a.m. be set.

    This continuance is requested because defense counsel needs additional time to prepare, to conduct ongoing investigation, to interview any potential witnesses, and to obtain any necessary records pertinent to Mrs. Manser-Lamont's defense.

    It is further stipulated and agreed between the parties that the

period beginning February 27, 2007 through and including April 3, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 23, 2007            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JANET ANNE MANSER-LAMONT

Dated: February 23, 2007
                                    MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Michelle Rodriguez
                                    MICHAELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 26, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Stipulation & Order