1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LINDA HARTER, Bar #179741
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JANET ANNE MANSER-LAMONT
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,     )    No. CR-S-06-388 LKK
11                                )
                    Plaintiff,    )
12                                )    STIPULATION AND ORDER
        v.                        )    CONTINUING STATUS CONFERENCE
13                                )    AND EXCLUDING TIME
    JANET ANNE MANSER-LAMONT,     )
14                                )    DATE:  April 17, 2007
                    Defendant.    )    TIME:  9:30 a.m.
15                                )    JUDGE: Lawrence K. Karlton
    _____ )
16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, MICHELLE RODRIGUEZ, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of April 3, 2007 be vacated, and a new Status

23  Conference date of April 17, 2007 at 9:30 a.m. be set.

24       This continuance is requested because defense counsel will be out

25  of the district on the previously scheduled date.

26       It is further stipulated and agreed between the parties that the

27  period beginning April 3, 2007 through and including April 17, 2007

28  should be excluded in computing the time within which the trial of the

above criminal prosecution must commence for purposes of the Speedy

Trial Act for defense preparation.  All parties stipulate and agree

that this is an appropriate exclusion of time within the meaning of

Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)

and that the ends of justice to be served by a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

Dated: March 26, 2007                   Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JANET ANNE MANSER-LAMONT

Dated: March 26, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Michelle Rodriguez
                                        MICHAELLE RODRIGUEZ
                                        Assistant U.S. Attorney

**ORDER**

    Based on the parties' stipulation and good cause appearing

therefrom, the Court hereby adopts the stipulation of the parties in

its entirety as its order.  The Court specifically finds that the ends

of justice served by the granting of such continuance outweigh the

interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: March 28, 2007

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT