```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-06-388 LKK
                                  )
13             Plaintiff,         )
                                  ) ORDER AFTER HEARING
14       v.                       )
                                  )
15  JANET ANNE MANSER-LAMONT,     )
                                  )
16                                ) Judge: Hon. Lawrence K. Karlton
               Defendant.         )
17  _____)

18
```

19       This matter came before the Court for a Status Conference on

20  April 17, 2006, in the courtroom of the Honorable Lawrence K. Karlton,

21  U.S. District Court Judge.  The government was represented by its

22  counsel, Assistant United States Attorney Michelle Rodriguez.

23  Defendant Janet Anne Manser-Lamont was not present, having filed a

24  waiver of appearance, and was represented by her counsel, Chief

25  Assistant Federal Defender Linda Harter.

26       Defense counsel requested that the matter be set for further

27  status conference on May 22, 2007 at 9:30 a.m.

28       The parties agreed on the need for additional time to allow time

1  for defense preparation.
2      IT IS ORDERED that this matter be continued to May 22, 2006  at
3  9:30 a.m. for further Status Conference.
4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5  (iv), the period from April 17, 2007 to and including May 22, 2007 is
6  excluded from the time computations required by the Speedy Trial Act
7  due to ongoing preparation of counsel.
8  DATED: April 23, 2007

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```