```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6
```

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-388 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| JANET ANNE MANSER-LAMONT, | ) | |
| | ) | DATE: June 5, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 22, 2007 be vacated, and a new Status Conference date of June 5, 2007 at 9:30 a.m. be set.

The parties have had preliminary discussions regarding resolution of the case.  However, defense counsel seeks additional time to complete a factual investigation, and to obtain and analyze records concerning Ms. Manser-Lamont's medical history which may bear on the resolution of her case.

It is further stipulated and agreed between the parties that the

period beginning May 22, 2007 through and including June 5, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 14, 2007                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JANET ANNE MANSER-LAMONT

Dated: May 14, 2007
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Michelle Rodriguez
                                        MICHAELLE RODRIGUEZ
                                        Assistant U.S. Attorney


**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 15, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation & Order