```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11

12  UNITED STATES OF AMERICA,        ) No. CR-S-06-388 LKK
                                     )
13               Plaintiff,          )
                                     ) ORDER AFTER HEARING
14       v.                          )
                                     )
15  JANET ANNE MANSER-LAMONT,        )
                                     )
16                                   ) Judge: Hon. Lawrence K. Karlton
                 Defendant.          )
17                                   )
    _____
18
```

    This matter came before the Court for a Status Conference on June 26, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Michelle Rodriguez. Defendant Janet Anne Manser-Lamont was not present, having filed a waiver of appearance, and was represented by her counsel, Chief Assistant Federal Defender Linda Harter.

    Defense counsel requested that the matter be set for Status Conference/Change of Plea on July 31, 2007 at 9:30 a.m.

    The parties agreed on the need for additional time to allow time

1 | for defense preparation.

2 |     IT IS ORDERED that this matter be continued to July 31, 2007 at
3 | 9:30 a.m. for Status Conference/Change of Plea.
4 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5 | (iv), the period from June 26, 2007 to and including July 31, 2007 is
6 | excluded from the time computations required by the Speedy Trial Act
7 | due to ongoing preparation of counsel.
8 | DATED: July 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order/Shore/CR-S-06-335-LKK    2