```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JANET ANNE MANSER-LAMONT
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-388 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| JANET ANNE MANSER-LAMONT, | ) | |
| | ) | DATE: August 15, 2007 |
| Defendant. | ) | TIME: 11:00 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the status conference set July 31, 2007 be vacated, and a new change of plea hearing be specially set for Wednesday, August 15, 2007 at 11:00 a.m. in the attorney lounge on the first floor of the Federal Courthouse.

   The parties had preliminary discussions regarding resolution of the case.  However, defense counsel seeks additional time to review the proposed plea agreement with the defendant and to complete a factual investigation, and to obtain and analyze records concerning Ms. Manser-Lamont's medical history which may bear on the resolution of her case.

1  It is further stipulated and agreed between the parties that the
2  period beginning July 21, 2007 through and including August 15, 2007
3  should be excluded in computing the time within which the trial of the
4  above criminal prosecution must commence for purposes of the Speedy
5  Trial Act for defense preparation.  All parties stipulate and agree
6  that this is an appropriate exclusion of time within the meaning of
7  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
8  and that the ends of justice to be served by a continuance outweigh the
9  best interests of the public and the defendant in a speedy trial.

11 Dated: July 26, 2007                    Respectfully submitted,

12                                         DANIEL J. BRODERICK
                                           Federal Defender

14                                         /s/ Linda Harter
                                           LINDA HARTER
15                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
16                                         JANET ANNE MANSER-LAMONT

17 Dated: July 26, 2007
                                           MCGREGOR W. SCOTT
18                                         United States Attorney

19
                                           /s/ Michelle Rodriguez
20                                         MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation & Order                        2

1 **ORDER**

2       Based on the parties' stipulation and good cause appearing
3 therefrom, the Court hereby adopts the stipulation of the parties in
4 its entirety as its order.  The Court specifically finds that the ends
5 of justice served by the granting of such continuance outweigh the
6 interests of the public and the defendant in a speedy trial.
7 IT IS SO ORDERED.

10 DATED: July 30, 2007

12                                         _____
                                           LAWRENCE K. KARLTON
13                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

Stipulation & Order                        3